UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESLI JOEL ALVAREZ, aka ESLI PEREZ ALVAREZ, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. EDCV 06-0931-MMM(RC) |
| Petitioner, | | |
| vs. | | JUDGMENT |
| M. KNOWLES (WARDEN), | | |
| Respondent. | | |

IT IS ADJUDGED that Judgment be entered dismissing the amended petition and action without prejudice.

DATE: 02-16-10

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

R&Rs\06-0931.jud2
1/30/08